■ In the Matter of the First Intermediate Accounting of BANK OF NEW YORK et al., as Trustees under a Trust Indenture Made by DAVID G. LEGGET, Settlor, Respondents. DAVID G. LEGGET et al., Appellants; BETTY LAWFORD et al., Respondents.— Orders unanimously affirmed, with costs to all parties appearing and filing briefs herein, payable out of the principal

of the trust. No opinion. Concur — Peck, P. J., Breitel, Frank, Valente and Bergan, JJ.